UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY A. EGAN,

    Defendant.
_____/

Case No. 11-CR-20593
HON. GEORGE CARAM STEEH

## ORDER DENYING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE [#19]

Before the court is defendant Jeffrey Egan's motion to extend his self-surrender date from March 31, 2013 to December 31, 2013. In that motion, Mr. Egan asserts that the success of his current employment with CMA Partners, L.L.C., will "allow Egan to pay at least $60,000 toward the restitution owed" in this case prior to the end of the year. In contrast, he states, he will not be able to make restitution payments while in custody.

The government opposes the motion, noting that investigation has disclosed that Mr. Egan may have been dishonest with Pretrial Services about his employment, because Paravis Industries has informed the government that Mr. Egan is not their employee. However, the court notes that Mr. Egan informed Pretrial Services that he is an employee of *CMA Partners*, working as an independent contractor for Paravis, and the court would not expect Paravis to indicate that Mr. Egan is its employee in responding to a writ of garnishment. Therefore, the court recognizes that defendant may have a plausible explanation for the inconsistencies noted by Pretrial Services and the government.

-1-

Nonetheless, the court does not find that Mr. Egan is entitled to a delay in his voluntary surrender date. Mr. Egan acknowledges that he is subject to a $7,934,727.00 restitution order, and the $60,000 he asserts he can pay toward that order between March 31 and December 31 of this year is a small fraction of that amount. Mr. Egan's obligation to make restitution payments will continue long after his release from his 64 month sentence of incarceration, when he will be able to diligently pursue the intentions he expresses in his motion.

Accordingly, defendant's motion to extend self-surrender date is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated: March 12, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 12, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk